FILED: APRIL 25, 2008
08CV2378 EDA
JUDGE MANNING
MAGISTRATE JUDGE COX

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number:
Trustees of the Chicago Painters and Decorators Pension, Welfare, Savings, Apprenticeship, Scholarship and Cooperation Funds,
                    Plaintiff,
        V.
IP Services, Inc., an Illinois corporation
                    Defendants,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| | |
|---|---|
| NAME (Type or print)<br><br>ANTHONY B. SANDERS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/Anthony B. Sanders | |
| FIRM<br><br>ARNOLD AND KADJAN | |
| STREET ADDRESS<br><br>19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP<br><br>CHICAGO, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6278133 | TELEPHONE NUMBER<br><br>(312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐      NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐      NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐      NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐      NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>   RETAINED COUNSEL ☐           APPOINTED COUNSEL ☐ | |